FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JAN 29 PH 1: 35

MARGARET BOTKINS. CLERK
CASPER

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE BENITO OCON,

Defendant.

**CRIMINAL COMPLAINT**

Case Number: 26MJ03-SWS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about August 7, 2025, in the District of Wyoming and within Indian Country, the Defendant, **JOSE BENITO OCON**, an Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought unlawfully kill the Victim by shooting him.

In violation of 18 U.S.C. §§ 1111 and 1153.

### COUNT TWO

On or about August 7, 2025, in the District of Wyoming, the Defendant, **JOSE BENITO OCON**, did knowingly use, carry, and discharge a firearm during and in relation to a federal crime of violence, namely, first degree murder, in violation of 18 U.S.C. §§ 1111 and 1153 and more fully alleged in Count One of this complaint.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### COUNT THREE

On or about August 7, 2025, in the District of Wyoming, the Defendant, **JOSE BENITO OCON**, did knowingly use and carry a firearm during and in relation to a federal crime of violence, namely, first degree murder, in violation of 18 U.S.C. §§ 1111 and 1153, as more fully alleged in Count One of this complaint, and the Defendant in the course of committing said offense caused the death of the Victim through the use of said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii) and (j)(1) and 1153.

I further state that I am a Special Agent with the BIA and that this complaint is based on the following facts:

***(See attached Sworn Statement)***

Continued on the attached sheet and made a part hereof.

D'ARTAGNAN DEEDS

Digitally signed by
D'ARTAGNAN DEEDS
Date: 2026.01.28 15:48:35 -07'00'

Signature of Complainant
D'ARTAGNAN DEEDS

Sworn to before me and subscribed in my presence,

January 29, 2026                    at     Lander, Wyoming
Date                                       City and State

HON. TERESA MCKEE
United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**SPECIAL AGENT D'ARTAGNAN DEEDS**
**U.S. v. JOSE BENITO OCON**

I, D'artagnan Deeds, being first duly sworn upon my oath, do state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am currently employed as a Bureau of Indian Affairs (BIA) special agent, a position I have held since May 2023. During my time as a BIA federal agent, I have completed approximately 500 hours of training at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). I have written multiple federal search warrants for property, DNA, and electronic devices. I have served as the case agent for several federal cases, including homicide, sexual assault, and firearms charges.

2.    Before my tenure as a BIA Special Agent, I worked for the Las Vegas Metropolitan Police Department for seven years. I worked as a patrol officer, field training officer, and detective. I was trained in writing, applying for, and executing search and arrest warrants. I have written hundreds of probable cause statements and successfully obtained and executed dozens of search and arrest warrants for multiple crimes, including burglary, robbery, battery with a deadly weapon, and attempted murder. I also served in the United States Marine Corps for 11 years and have my bachelor's degree in criminal justice.

3.    The information in this affidavit is based on my personal knowledge and observations, my training and experience, and information provided by other law enforcement officers and witnesses involved in this investigation. Since this affidavit is submitted solely to obtain a search warrant, I have not included every fact related to the investigation, but only the essential facts to establish probable cause that evidence connected to violations of 18 U.S. Code § 1111, Murder, exists.

4.      Because this sworn statement is being submitted solely to establish probable cause that the defendant, JOSE BENITO OCON, committed violations of federal law—specifically, first-degree murder in violation of Title 18 U.S.C. §§ 1111 and 1153, and the use, carrying, and discharge of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)—I have not included every fact known about this investigation. I have only included the facts I believe are necessary for this limited purpose.

**FACTUAL BACKGROUND**

5.      On August 7, 2025, at approximately 1853 hours, a Fremont County Sheriff's Deputy stopped a white Ford Taurus traveling at a high rate of speed northbound near the 800 block of Federal Blvd. in Riverton, Wyoming. The officer reported to the Bureau of Indian Affairs that the driver, Witness 3, reported her passenger had been shot. Witness 3 told the officer she did not know who the Victim was or with whom he'd been, but that she had been asked to take him to the hospital. Witness 3 said she drove from a residence near the 17 Mile Bridge. This location is within the exterior boundaries of the Wind River Indian Reservation.

6.      During the traffic stop, Bureau of Indian Affairs officers observed the Victim sitting in the rear passenger seat of the vehicle. The Victim had blood on his face, head, arms, and hands. He was awake, conscious, and alert. The Victim said the incident happened an hour earlier. The Victim provided his first and last name but did not answer any other questions. Emergency medical services took the Victim to Sage West Hospital in Riverton, Wyoming, for further care.

7.      On August 9, 2025, the victim was pronounced deceased.

8.      On August 13, 2025, the Fremont County Coroner's Office completed an autopsy of the Victim. The coroner concluded that the Victim's cause of death was a gunshot wound to the left side of the head.

4

9.      On August 15, 2025, law enforcement spoke with Witness 1. Witness 1 said she was present when the Defendant shot the Victim. Witness 1 reported she was dating the Defendant at the time of the shooting. She reported that on August 7, 2025, she was hanging out with the Defendant, the Victim, and Witness 2. They were drinking alcohol and using methamphetamine and marijuana.

10.     Witness 1 told law enforcement that four people, her, Witness 2, the Victim, and the Defendant, got into a borrowed Ford Taurus sedan and traveled toward Riverton, Wyoming. Witness 1 said that they were driving over a bridge on 17 Mile Road. The Defendant asked Witness 1 if she loved him. Then she heard a gun going off and saw the Victim slump over, bleeding from the head. Witness 1 slammed on the brakes. The Defendant pointed a gun at both Witness 1 and Witness 2 and threatened to shoot them. Witness 1 was able to take the weapon from the Defendant and toss it out the window. The Defendant exited the vehicle, and Witness 1 drove the Victim and Witness 2 to a residence on 17 Mile Road. Witness 1 felt like she could no longer drive and got out of the vehicle. Witness 3 offered to drive the Victim to the hospital.

11.     On August 21, 2025, law enforcement interviewed Witness 2. Witness 2 told the law enforcement officers that she was in the vehicle with the Defendant, the Victim, and Witness 1. Witness 2 said she was seated in the front passenger seat, Witness 1 was driving, the Defendant was seated behind the driver's seat, and the Victim was seated in the back passenger seat. Witness 2 said they were driving across a bridge when the Defendant asked Witness 1, "Do you love me?" Witness 1 replied, "Yeah, I do." The Defendant responded, "Well, I see how it is then." The Victim said, "Bro, she said she loves you." The Defendant said, "Check this shit out." Witness 2 reported hearing ringing and seeing a flash of light. Witness 1 hit the brakes, causing Witness 2 to lurch forward. When Witness 2 looked into the backseat, she saw the Victim bleeding and lying on the Defendant.

12.     Witness 2 told law enforcement that the Defendant said, "Get this fucker off of me," and "I got one for you, too," while pointing the gun at Witness 2's head. The Defendant pointed the

5

gun at both Witness 1 and Witness 2, threatened to shoot them, and then kill himself. Witness 1 was able to convince the Defendant to give her the gun, and she threw it out the window. Witness 2 reported that the Defendant got out of the vehicle, and Witness 1 and Witness 2 drove away with the Victim. Witness 2 reported that Witness 1 stated, "I can't drive, I can't drive!" and turned down a dirt road. Witness 1 stopped the vehicle at a residence and told Witness 3, "bro" got shot, and they needed her to drive the Victim to the hospital. Witness 3, who was unknown to Witness 2, offered to drive the Victim to the hospital. Witness 2 got out of the vehicle, and Witness 3 drove the vehicle with the Victim into Riverton.

13.    Shortly after the shooting, the Defendant was found on the reservation with lacerations to the face. The Defendant had what appeared to be blood on his pants and requested to be locked up for his own safety. He was transported to the SageWest Hospital in Lander, Wyoming. The Defendant did not have injuries that accounted for the blood on his clothing, and he would not explain how the blood got onto his clothes. Law enforcement seized the Defendant's clothing shortly thereafter.

14.    The Wyoming Crime Lab conducted a forensic analysis of the Defendant's pants and determined the Victim's DNA was present on them.

15.    The Defendant is an enrolled member of the Northern Arapaho Tribe.

16.    The shooting occurred within the exterior boundaries of the Wind River Reservation.

17.    The facts stated above indicate there is probable cause to believe that the Defendant shot the victim and caused his death.

**END OF SWORN STATEMENT**

6

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**          **JOSE BENITO OCON**

**DATE:**                    January 29, 2026

**INTERPRETER NEEDED:**      No

**VICTIM(S):**               Yes

**OFFENSE/PENALTIES:**

    **Ct: 1**  **18 U.S.C. §§ 1111 and 1153**
(First Degree Murder)

Mandatory Life Imprisonment
Up To $250,000 Fine
5 Years Supervised Release
$100 Special Assessment

    **Ct: 2**  **18 U.S.C. § 924(c)(1)(A)(iii)**
(Using, Carrying, Discharging a Firearm During and in
Relation to a Crime of Violence)

25 Years To Life Consecutive Imprisonment
$250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

    **Ct: 3**  **18 U.S.C. § 924(c)(1)(A)(iii) and (j)(1)**
(Causing Death with a Firearm During and in Relation to a
Crime of Violence)

Up to Life Imprisonment
$250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

**TOTALS:**                  Mandatory Life Imprisonment
Up To $750,000 Fine
5 Years Supervised Release
$300 Special Assessment

**AGENT:**                    D'artagnan Deeds, BIA

**AUSA:**                     Michael J. Elmore, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                      More than 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS       Yes
CASE:**

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**             No