

FILED

3:05 pm, 3/18/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 26-CR-39-SWS |
| v. | **Ct 1:** 18 U.S.C. §§ 1111 and 1153 (First Degree Murder) |
| JOSE BENITO OCON, | **Ct 2:** 18 U.S.C. § 924(c)(1)(A)(iii) (Discharging a Firearm During and in Relation to a Crime of Violence) |
| Defendant. | **Ct 3:** 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j) (Causing Death With a Firearm During and in Relation to a Crime of Violence) |
| | **Cts 4 & 5:** 18 U.S.C. §§ 113(a)(3) and 1153 (Assault with a Dangerous Weapon with Intent to Do Bodily Harm) |
| | Forfeiture Notice |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 7, 2025, in the District of Wyoming and within Indian Country, the Defendant, **JOSE BENITO OCON**, an Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought unlawfully kill Victim 1 by shooting him.

In violation of 18 U.S.C. §§ 1111 and 1153.

### COUNT TWO

On or about August 7, 2025, in the District of Wyoming, the Defendant, **JOSE BENITO OCON**, did knowingly use, carry, and discharge a firearm during and in relation to a federal crime of violence, namely, murder, in violation of 18 U.S.C. §§ 1111 and 1153 as more fully alleged in Count One of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### COUNT THREE

On or about August 7, 2025, in the District of Wyoming, the Defendant, **JOSE BENITO OCON**, did knowingly use and carry a firearm during and in relation to a federal crime of violence, namely, murder, in violation of 18 U.S.C. §§ 1111 and 1153, as more fully alleged in Count One of this Indictment, and the Defendant in the course of committing said offense caused the death of Victim 1 through the use of said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii) and (j).

### COUNT FOUR

On or about August 7, 2025, in the District of Wyoming and within Indian Country, the Defendant, **JOSE BENITO OCON**, an Indian, did knowingly assault Victim 2 with a dangerous weapon, namely, a firearm, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 113(a)(3) and 1153.

2

## COUNT FIVE

On or about August 7, 2025, in the District of Wyoming and within Indian Country, the Defendant, **JOSE BENITO OCON**, an Indian, did knowingly assault Victim 3 with a dangerous weapon, namely, a firearm, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 113(a)(3) and 1153.

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 18 U.S.C. § 924(c) as set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

DARIN D. SMITH
United States Attorney

3

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**          JOSE BENITO OCON

**DATE:**                    March 16, 2026

**INTERPRETER NEEDED:**      No

**VICTIM(S):**               Yes

**OFFENSE/PENALTIES:**

    **Ct: 1**  **18 U.S.C. §§ 1111 and 1153**
(First Degree Murder)

Mandatory Life Imprisonment
Up To $250,000 Fine
5 Years Supervised Release
$100 Special Assessment

    **Ct: 2**  **18 U.S.C. § 924(c)(1)(A)(iii)**
(Discharging a Firearm During and in Relation to a Crime of Violence)

25 Years To Life Consecutive Imprisonment
$250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

    **Ct: 3**  **18 U.S.C. § 924(c)(1)(A)(iii) and (j)**
(Causing a Death During and in Relation to a Federal Crime of Violence)

25 Years To Life Consecutive Imprisonment
$250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

    **Ct: 3 & 4**  **18 U.S.C. §§ 113(a)(3) and 1153**
(Assault with a Dangerous Weapon with Intent to Do Bodily Harm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

1

**TOTALS:**

Mandatory Life Imprisonment
Up To $1,250,000 Fine
5 Years Supervised Release
$500 Special Assessment

**AGENT:**

D'artagnan Deeds, BIA

**AUSA:**

Michael J. Elmore, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**

More than 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**

Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**

No

2